**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| PEOPLE OF GUAM, | ) Criminal Case No. CF0553-13 |
| | ) |
| | ) |
| | ) |
| | ) DECISION: Briefing by Parties Re: |
| vs. | ) Conditions of Confinement |
| | ) |
| | ) |
| ANTHONY L.G. CAMPOS, JR., | ) |
| Defendant. | ) |

## INTRODUCTION

This matter came before the Honorable Richard H. Benson on March 11, 2014, for a sentencing hearing following conviction of Defendant Anthony Campos. At the invitation of the Court, Defendant briefed the issue of mandatory segregation housing which would result from sentencing. The People of Guam (the People) were represented by Assistant Attorneys General Gerald Henderson and Jesse Nasis. Assistant Public Defender Brian Kegerreis represented Defendant. Upon review of the written arguments and legal authorities presented by parties, the Court issues this Decision.

## BACKGROUND

Defendant was indicted by a Superior Court of Guam Grand Jury on Dec. 3, 2013. The indictment charges the following: (1) four counts of Second Degree Robbery and four counts of Special Allegation: Possession or Use of a Deadly Weapon in the Commission of a Felony. Superseding Indictment (Dec. 3, 2013). On December 4, 2013, Defendant appeared for arraignment and pled not guilty. Super. Ct. of Guam Minute Entry Log (Dec. 4 2013).

Following a full trial, the jury convicted Defendant of all charges. <u>Jury Verdict Forms 1-8</u>, CF0553-13 (Dec. 12, 2013). On February 18, 2014 The Court granted Defendant's request for additional time to prepare mitigating evidence prior to sentencing. The Court also stated its concerns about the Defendant's conditions of confinement and invited briefing on the issue. Defendant briefed the issue in his sentencing memorandum submitted on March 7, 2014. The Government declined to do so. On March 11, the Court held the sentencing hearing.

## DISCUSSION

Despite the Court's concerns regarding Defendant's conditions of confinement, the question is the relevance of these conditions to sentencing proceedings. When presented with this issue, the Supreme Court of California "repeatedly held that evidence concerning conditions of confinement …is not relevant to the penalty determination because it has no bearing on the defendant's character, culpability, or circumstances of the offense under either the federal Constitution or [the California sentencing statute]". *People v. Martinez*, 224 P.3d. 877, 914 (Cal. 2010); *People v. Smith*, 107 P.3d. 229, 366 (Cal. 225) (excluding defense expert offered to show what occurs in prison and what prison means as a form of punishment); *People v. Daniels*, 802 P.2d. 906, 938 (videotape of prison conditions was properly excluded as not related to individual character or circumstances of the particular offense). The Supreme Courts of other jurisdictions have also adopted this approach, finding that evidence regarding conditions of future incarceration is "not relevant mitigation evidence." *Cherrix v. Commonwealth*, 513 S.E.2d. 642, 653 (Va. 1999); *State v. Kleypas*, 40 P.3d. 139 (Kan. 2001) (vacated on other grounds) (trial court properly refuse to allow testimony regarding what life would be like in prison). These holdings are consistent with Guam law, which limits a Defendant and his counsel to presentation of "information in mitigation of punishment." 8

G.C.A. § 120.26. Thus, arguments relating to the condition of Defendant's confinement are not properly before the Court in a sentencing proceeding, since they are not mitigating factors to the crimes for which Defendant was convicted.

## CONCLUSION

Based on the foregoing, the Court concludes that concerns regarding Defendant's conditions of incarceration fall outside the scope of sentencing. Accordingly, the Court rules that sentencing in accordance with applicable Guam statutory guidelines may properly proceed.

**SO ORDERED** this _18TH_ day of <u>MARCH</u>, 2014.

_TC Benson_
_____
HONORABLE RICHARD H. BENSON
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**
I acknowledge that a copy the original hereto was placed in the court box of:
AG & PDSC
& DMR
Date: 3/18/14 Time: 11:52am
_____
Deputy Clerk, Superior Court of Guam